· IN THE MATTER OF DELOS M. POWERS. — Application denied. Mem. by LEARNED, P. J.

ISAAC PLUMB, *as Executor, etc., Plaintiff, v.* MORRIS C. THOMPSON and others, *Defendant, Impleaded with* LOREN DOING, *Special Guardian, Appellant.* — Order reversed and report of referee confirmed, with ten dollars costs and printing disbursements against respondent (Stephen Holden, executor, etc., defendant). Opinion by BOARDMAN, J.

JOEL GILLETT, *Respondent, v.* CHAPMAN VAN DENBURGH, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

WILSON AYERS, *Appellant, v.* JACOB L. EVERETT, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied without costs. Opinion by BOCKES, J.

MOSES SMITH, *as Administrator, etc., Appellant, v.* SARAH E. WILD and others, *Respondents.* — Decree affirmed, with costs against appellant. Opinion by BOARDMAN, J.

JACOB ALBRIGHT, *Respondent, v.* MOTT J. ROBERTSON, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J. BOARDMAN, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiff, v.* MERCHANTS' BANK, *Defendant.* — Order affirmed, with ten dollars costs and printing disbursements, on opinion of LANDON, J.

WILLIAM YOUMANS, *Respondent, v.* JAMES A. FRANCISCO, *Appellant.* Judgment affirmed, with costs. Opinion by BOARDMAN, J.

SYLVESTER RISLEY, *Respondent, v.* IRA ABBEY, *Appellant.* — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by BOCKES, J.

HARRY MANDEVILLE, *Respondent, v.* WILLIAM S. WEDGE and DANIEL GRANT, *Appellants.* — Judgment of county court affirmed, with costs. Opinion by LEARNED, P. J.

LIZZIE C. BURNAP, *Respondent, v.* THE NATIONAL BANK OF POTSDAM, *Appellant.* — Judgment affirmed, with costs.

HELEN A. BROOKS, *Appellant, v.* WILLIAM U. OWEN and others *Respondents.* — Judgment reversed, new trial granted, costs to abide event; on authority of *Mead* v. *Stratton.*

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN H. MYERS, *Respondent, v.* FREDERICK STORM, *Appellant.* — Motion for leave to go to Court of Appeals granted and cause certified.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN SWINBURNE, *Respondent, v.* MICHAEL N. NOLAN, *Appellant.* — Order denying application to make complaint more definite affirmed, with ten dollars costs and printing disbursements.

SAME *v.* SAME. — Order staying proceedings, etc., reversed, with ten dollars costs and printing disbursements, with leave to